**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

September 2, 2025

The Honorable Nina Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Dewitt John*, 24 Cr. 492 (NRM)

Your Honor:

I write to seek an adjournment of Mr. John's September 17, 2025, *Faretta* hearing. As described in further detail in my August 26 *ex parte* letter to the Court, the defense team continues to gather and review mental health records the Court requested during the August 19 *Faretta* hearing in this case. However, for cost and logistical reasons, they cannot be produced to by the September 2 deadline. We believe a 45-day adjournment of both the submission deadline and the September 17 hearing will allow a more fulsome, responsive answer to the Court's inquiries. As such, we do not object to exclusion of time to the date of an adjourned *Faretta* hearing.

The government consents to an adjournment.

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7402

cc: AUSA Brooke Theodora (via email, ECF)