**Federal Defenders**
**OF NEW YORK, INC.**

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

October 24, 2025

The Honorable Nina Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Dewitt John*, 24 Cr. 492 (NRM)

Your Honor:

The parties write in response to the Court's order directing the parties to submit a letter and proposed order identifying an appropriate means by which Mr. John will undergo a psychiatric evaluation to assist the Court in its *Faretta* ruling. *See* 10/8/25 Minute Entry. Attached, please find a proposed order designating Dr. Cheryl Paradis as the psychologist who will conduct the examination and directing MDC-Brooklyn to grant her entry to perform the evaluation. Dr. Paradis's *curriculum vitae* also is enclosed. Both are filed under seal per the Court's request.

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201