**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

December 9, 2025

The Honorable Nina Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Dewitt John*, 24 Cr. 492 (NRM)

Your Honor:

I write to request an extension of time by which Dr. Cheryl Paradis must submit a report regarding her psychiatric evaluation of Mr. John as ordered by the Court on October 24, 2025. *See* ECF No. 36. Dr. Paradis has requested additional records relevant to her analysis. I, therefore, ask the Court to give her leave to submit the report by January 5, 2026.

The defense does not object to exclusion of Speedy Trial Act time in light of Mr. John's pending motion to proceed *pro se* for which Dr. Paradis's report is being prepared.

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Cc:   AUSA Brooke Theodora (via email)
       James M. Branden, Esq.