

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF:BET/SAE                           *271 Cadman Plaza East*
F. #2024R00832                        *Brooklyn, New York 11201*

March 11, 2026

By Mail and ECF

Dewitt John, Inmate No. 47424-511
MDC Brooklyn
Attn: Legal Department
80 29th Street
Brooklyn, NY 11232

> Re:    United States v. Dewitt John
>        Criminal Docket No. 24-492 (DC)

Dear Mr. John:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on January 23, 2025. See ECF No. 19. Please note that some of this material is considered "sensitive" discovery material ("Sensitive Material") as defined in the January 21, 2026 Protective Order. See ECF No. 16 ("Protective Order").

In accordance with the Protective Order, PDF files containing Sensitive Material have been marked as "SENSITIVE" on each page and in the filename, and non-PDF files have been marked as "SENSITIVE" in the filename. Consistent with the Protective Order, files containing Sensitive Material have been provided to your standby counsel, Jullian Harris-Calvin, via USAfx. All non-sensitive discovery will be copied onto a hard drive and provided to you via mail at the Metropolitan Detention Center, with an electronic copy provided to Ms. Harris-Calvin via USAfx. The government renews its request for reciprocal discovery from you.

Specifically, the following materials are enclosed:

- Copies of signed search warrants and affidavits, bearing Bates numbers JD001738- JD001942 (marked Sensitive);[1]

- News article regarding your conviction in Sweden, bearing Bates numbers

---

[1]    These documents were previously provided to your standby counsel, Ms. Harris-Calvin, via email on January 20, 2025, February 21, 2025, and July 20, 2025, respectively.

JD000955;

- Relevant content and communications obtained from your Apple iPhone 13 with serial number P954G6WWJ6 (FBI Item No. 1B7), bearing Bates numbers JD001017-JD001609 (marked Sensitive);

- Cash App subpoena returns, bearing Bates numbers JD001732 and JD001737 (marked Sensitive);

- Meta subpoena returns, bearing Bates numbers JD001733 (marked Sensitive);

- Snap subpoena returns, bearing Bates numbers JD001734- JD001735 (marked Sensitive);

- Telegram subpoena returns, bearing Bates number JD001736 (marked Sensitive);

- Google subpoena returns, bearing Bates numbers JD001978-JD001979 (marked Sensitive);

- Verizon subpoena returns, bearing Bates number JD001980;

- Messages and related records concerning Jane Doe 1 and 2, bearing Bates numbers JD001685, JD001962- JD001967 and JD001975-JD001976 (marked Sensitive);

- Communications with other minors and related content, bearing Bates numbers JD001631-JD001684 and JD001968-JD001974 (marked Sensitive);

- Records concerning electronic devices seized on January 28, 2025, bearing Bates numbers JD001610-JD001630;

- Text messages dated from November to December 2024, bearing Bates numbers JD001686- JD001712;

- Body worn camera videos and other records concerning the November 19, 2024 search of your premises, bearing Bates numbers JD001714- JD001729 and JD001943-1954; and

- Property receipts, evidence logs, and other law enforcement records, bearing Bates numbers JD001955- JD0011961 and JD0011977.

As you know, the government has custody of 34 electronic devices that were obtained from and/or belong to you, which are itemized in Appendix A. These devices constitute Sensitive Material under the Protective Order. To the extent you wish to examine any of these devices, please make the request through Ms. Harris-Calvin, and the government will make the devices available for inspection in accordance with the terms of the Protective Order.

2

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____

Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

Sarah Elardo
Special Assistant U.S. Attorney
(718) 254-6263

Enclosures

cc:    Clerk of the Court (DC) (by ECF) (without enclosures)
       Jullian Harris-Calvin (by e-mail and ECF) (with enclosures)

3

APPENDIX A

List of Seized Assets

|  | Description | Date Seized | Location Seized | FBI Item No. |
|---|---|---|---|---|
| 1. | Apple iPhone XS bearing serial number G0NZ720EKPFR | November 19, 2024 | Brooklyn, New York | 1B6 |
| 2. | Apple iPhone 13 bearing serial number P954G6WWJ6 | November 19, 2024 | Brooklyn, New York | 1B7 |
| 3. | White TUF Gaming desktop computer bearing serial number W38Q0110002733 | November 19, 2024 | Brooklyn, New York | 1B8 |
| 4. | White unbranded desktop computer bearing serial number 29217P00700498 | November 19, 2024 | Brooklyn, New York | 1B9 |
| 5. | Apple iPhone XS bearing serial number G0NCP7S6KPFP | November 19, 2024 | Brooklyn, New York | 1B10 |
| 6. | Lenovo Legion 5 Pro laptop bearing serial number 6C84107B841049CA | November 19, 2024 | Brooklyn, New York | 1B11 |
| 7. | NVMe solid-state drive bearing serial number SS0W76181Z1CD06B141T | November 19, 2024 | Brooklyn, New York | 1B12 |
| 8. | Gray unbranded desktop computer bearing serial number AA000000000000003237 | November 19, 2024 | Brooklyn, New York | 1B13 |
| 9. | Black Western Digital gaming hard drive bearing serial number WCC6N1XDRV8J | December 5, 2024 | Manhattan, New York | 1B15 |
| 10. | Black unbranded external hard drive with "git clone" label bearing serial number | December 11, 2024 | Manhattan, New York | 1B16 |

| | Description | Date Seized | Location Seized | FBI Item No. |
|---|---|---|---|---|
| | 2CH4RSKN | | | |
| 11. | Black hard drive with "Model ECUK30" barcode bearing partial serial number 60369427208312 | January 28, 2025 | Brooklyn, New York | 1B17 |
| 12. | Black hard drive with "Model ECUK30" barcode bearing partial serial number 608902720111 | January 28, 2025 | Brooklyn, New York | 1B24 |
| 13. | Black Seagate Backup Plus Portable Drive bearing serial number NA5AR07G | January 28, 2025 | Brooklyn, New York | 1B17 |
| 14. | Silver SK hynix solid-state drive bearing serial number FJ03N94031010514U | January 28, 2025 | Brooklyn, New York | 1B24 |
| 15. | Black Kingston hard drive bearing serial number SBFKB1D1 | January 28, 2025 | Brooklyn, New York | 1B24 |
| 16. | Black unbranded hard drive bearing serial number E101559 | January 28, 2025 | Brooklyn, New York | 1B17 |
| 17. | Two (2) unbranded slim hard drives with blue stripes and no serial numbers | January 28, 2025 | Brooklyn, New York | 1B24 |
| 18. | Silver SK hynix solid-state drive bearing serial number NN05N504810305G0E | January 28, 2025 | Brooklyn, New York | 1B24 |
| 19. | Black SATA solid-state drive bearing model number ASU800SS | January 28, 2025 | Brooklyn, New York | 1B24 |
| 20. | Silver Western Digital hard drive with label "Jen BK" bearing serial number WX61A75FRFJL | January 28, 2025 | Brooklyn, New York | 1B24 |
| 21. | V-NAND solid-state drive bearing serial number | January 28, | Brooklyn, New | 1B24 |

| | Description | Date Seized | Location Seized | FBI Item No. |
|---|---|---|---|---|
| | S3PZNF0JB73110D | 2025 | York | |
| 22. | Black Crucial by Micron solid-state drive bearing serial number 2209E611E0AD | January 28, 2025 | Brooklyn, New York | 1B17 |
| 23. | Toshiba hard drive bearing serial number 674TK1TAS U53 | January 28, 2025 | Brooklyn, New York | 1B24 |
| 24. | Silver Western Digital hard drive bearing serial number WCC6N6LNL2AA | January 28, 2025 | Brooklyn, New York | 1B24 |
| 25. | Silver unbranded hard drive bearing part number 0F14681 | January 28, 2025 | Brooklyn, New York | 1B24 |
| 26. | Black Western Digital hard drive bearing serial number AW001KD | January 28, 2025 | Brooklyn, New York | 1B24 |
| 27. | Western Digital hard drive bearing serial number WX41C32P5065 | January 28, 2025 | Brooklyn, New York | 1B17 |
| 28. | SanDisk solid-state drive bearing serial number 174774801462 | January 28, 2025 | Brooklyn, New York | 1B17 |
| 29. | Android OnePlus 8 bearing serial number E19A49F6 | January 30, 2025 | Brooklyn, New York | 1B18 |
| 30. | Black Google Pixel bearing serial number HT69L0204998 | January 30, 2025 | Brooklyn, New York | 1B19 |
| 31. | Black Samsung Galaxy J8 bearing serial number RZ8M114RA6T | January 30, 2025 | Brooklyn, New York | 1B20 |
| 32. | Black iPad Pro 11 Inch bearing serial number DMPCJ1ZCPV15 | January 30, 2025 | Brooklyn, New York | 1B21 |
| 33. | Silver iPad Pro 11 inch bearing serial number | January 30, 2025 | Brooklyn, New York | 1B22 |

6

|  | Description | Date Seized | Location Seized | FBI Item No. |
|---|---|---|---|---|
|  | DMPY30U6KD6M |  |  |  |
| 34. | Red SIM card | January 30, 2025 | Brooklyn, New York | 1B23 |