

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF:BET/SAE
F. #2024R00832

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2026

<u>By Mail and ECF</u>

Dewitt John, Inmate No. 47424-511
MDC Brooklyn
Attn: Legal Department
80 29th Street
Brooklyn, NY 11232

> Re:   United States v. Dewitt John
> <u>Criminal Docket No. 24-492 (DC)</u>

Dear Mr. John:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on March 11, 2026 and January 23, 2025.  <u>See</u> ECF Nos. 19, 41.  The government renews its request for reciprocal discovery from you.

Please note that some of this material is considered Sensitive Discovery Material ("Sensitive Material") as defined in the January 21, 2025 Protective Order.  <u>See</u> ECF No. 16 ("Protective Order").  In accordance with the Protective Order, Sensitive Material has been marked as "SENSITIVE" on each page and in the filename and has been provided to your standby counsel, Jullian Harris-Calvin, via USAfx.  The non-sensitive materials in this production have been copied onto the same hard drive containing the non-sensitive materials from the government's March 11, 2026 production, which has been sent to you at the Metropolitan Detention Center, with an electronic copy to Ms. Harris via USAfx.

Specifically, the following materials are enclosed:

- Messages between Jane Doe 1 and the subject of another child exploitation investigation, bearing Bates numbers JD001981-JD002441 (marked Sensitive).

- Records regarding the user accounts associated with your Apple iPhone 13 bearing serial number P954G6WWJ6 (FBI Item No. 1B7), bearing Bates numbers JD002442-JD002449.

- Image attachments from the Instagram conversation between @spongebobdoodlepants23 and Jane Doe 2, bearing Bates numbers JD002450-JD002457 (marked Sensitive).

Additionally, the government recently learned that photographs taken during the judicially authorized search of your premises on November 19, 2024 were inadvertently not preserved. According to other records produced to you on March 11, 2026 (described further below), we understand that these photographs depicted portions of your apartment at the beginning and end of the search as well as certain items within your apartment, including items that were seized during the search. The photographs are further described on the "ERT Photographic Log," which was produced on March 11, 2026 and bears Bates numbers JD001946-JD001947.

For your reference, the government has preserved and produced to you the following other materials concerning the search of your premises on November 19, 2024:

- 14 body camera videos depicting the initiation of the search and the agents' efforts to secure the scene, bearing Bates numbers JD001714-JD001727;[1]

- a numbered sketch of your apartment, including the rooms and furniture within it, bearing Bates number JD001943;

- a chain of custody form and crime scene sign-in log, bearing Bates numbers JD001944-JD001945;

- evidence logs and a property receipt form, bearing Bates numbers JD001948-JD001953. These materials document where each seized item was recovered with numerical designations that correspond to the sketch described above;

- a search warrant execution log, bearing Bates number JD001954; and

- the signed search warrant and warrant affidavit, bearing Bates numbers JD000416-JD000523 (marked Sensitive).

---

[1] Collectively, these videos depict every room in the apartment when the search was initiated (at approximately 6 a.m.) and contain images that appear to be duplicative of many of the photographs that were inadvertently not preserved.

If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____

Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

Sarah Elardo
Special Assistant U.S. Attorney
(718) 254-6263

Enclosures

cc:   Clerk of the Court (DC) (by ECF) (without enclosures)
      Jullian Harris-Calvin (by e-mail and ECF) (with enclosures)

3