# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

April 20, 2026

The Honorable Denny Chin
Visiting Second Circuit Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Dewitt John*, 24 Cr. 492 (DC)

Your Honor:

I write as standby counsel for Dewitt John in the above-captioned case. We respectfully request that the Court endorse the enclosed proposed clothing order allowing Mr. John to receive and wear trial-appropriate attire during trial, which is scheduled to begin on May 4, 2026.

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7402

Standby Counsel to
*Pro Se* Defendant Dewitt John

cc:     AUSAs Brooke Theodora & Sarah Elardo (via email & ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DEWITT JOHN,

*Defendant.*

24 Cr. 492 (DC)

ORDER

DENNY CHIN, Visiting Second Circuit Judge:

Upon the application of the Defendant, DEWITT JOHN, it is hereby:

**ORDERED** that the Bureau of Prisons, Metropolitan Detention Center (the "MDC"), accept the following clothing, and any additional substitute clothing items, for Dewitt John, Register Number 47424-511, in advance of his trial scheduled to begin on Monday, May 4, 2026, and to continue for approximately one week.

1. Two pairs of pants

2. Two dress/button-down shirts

3. Four undershirts

4. Two suit/sport jackets

5. Two sweater vests

6. Two ties

7. One pair of dress shoes

8. Four pairs of socks

9. Two belts

1

**ORDERED** that the MDC permit Mr. John to wear such clothing and that the U.S.

Marshal Service accept and transport Mr. Joseph to Court wearing such clothing on **May 4,**

**2026**, and any date thereafter until his trial is concluded.

**SO ORDERED.**

Date:  April ___, 2026
      New York, NY

                                      _____
                                      DENNY CHIN
                                      Visiting Second Circuit Judge

2