

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BET/SAE
F. #2024R00832

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2026

<u>By Mail and ECF</u>

Dewitt John, Inmate No. 47424-511
MDC Brooklyn
Attn: Legal Department
80 29th Street
Brooklyn, NY 11232

   Re: United States v. Dewitt John
     <u>Criminal Docket No. 24-492 (DC)</u>

Dear Mr. John:

   On April 20, 2026, the government electronically shared to your standby counsel, Jullian Harris-Calvin, via USAfx, material pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with your trial in the above-referenced case, scheduled to begin on May 4, 2026.

   Please note that some of this material is considered Sensitive Discovery Material ("Sensitive Material") as defined in the January 21, 2025 Protective Order. <u>See</u> ECF No. 16 ("Protective Order"). In accordance with the Protective Order, Sensitive Material has been marked as "SENSITIVE" on each page and in the filename.

   The government does not concede the relevance, materiality or admissibility of the information disclosed therein. If the government becomes aware of any additional 3500 material, the government will provide it to you as it becomes available.

The government renews its request for reciprocal discovery from you.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____/s/_____
Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

Sarah Elardo
Special Assistant U.S. Attorney
(718) 254-6263

cc:    Clerk of the Court (DC) (by ECF)
Jullian Harris-Calvin (by e-mail and ECF)