

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF:BET/SAE
F. #2024R00832

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2026

<u>By Mail and ECF</u>

Dewitt John, Inmate No. 47424-511
MDC Brooklyn
Attn: Legal Department
80 29th Street
Brooklyn, NY 11232

> Re:   United States v. Dewitt John
> <u>Criminal Docket No. 24-492 (DC)</u>

Dear Mr. John:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on January 23, 2025, March 11, 2026, March 17, 2026, and April 16, 2026.  <u>See</u> ECF Nos. 19, 41, 44, 54.  The government renews its request for reciprocal discovery from you.

Please note that some of this material is considered Sensitive Discovery Material ("Sensitive Material") as defined in the January 21, 2025 Protective Order.  <u>See</u> ECF No. 16 ("Protective Order").  In accordance with the Protective Order, Sensitive Material has been marked as "SENSITIVE" on each page and in the filename and has been provided to your standby counsel, Jullian Harris-Calvin, via USAfx.  The government renews its request for reciprocal discovery from you.

Specifically, the following materials are enclosed:

- Alvin Police Department report, bearing Bates numbers JD002565_SENSITIVE-JD002585_SENSITIVE.

- Brazoria County Sheriff's Office report, bearing Bates numbers JD002586_SENSITIVE-JD002601_SENSITIVE.

- Jane Doe 2's birth certificate, bearing Bates number

1

JD002602_SENSITIVE.

- Certificates of authenticity, bearing Bates numbers JD002603-JD002604 and JD002607-JD002608.

- FBI 302 child victim interview report, bearing Bates numbers JD002605_SENSITIVE-JD002606_SENSITIVE.

- Jane Doe 1's birth certificate, bearing Bates number JD002609_SENSITIVE.

- FBI 302 child victim interview report, bearing Bates numbers JD002610_SENSITIVE-JD002613_SENSITIVE.

The government is in receipt of your request for materials under Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny, which you provided to us yesterday (April 20, 2026).  See ECF No. 58.  The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady and its progeny.  The government has produced all information currently known to it that is subject to disclosure.  Should any additional discoverable material come into the government's custody, possession, or control, it will be produced promptly.

As previously discussed with your standby counsel, the government remains available to coordinate an in-person review of any discovery materials, and you and/or Ms. Harris-Calvin are welcome to inspect the entirety of Jane Doe 1's and Jane Doe 2's electronic devices in person under the supervision of the government at a mutually convenient time.  The government previously produced relevant materials from Jane Doe 1's and Jane Doe 2's electronic devices on January 23, 2025, March 17, 2026, and April 16, 2026.  If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____
     Brooke Theodora
     Assistant U.S. Attorney
     (718) 254-6342

     Sarah Elardo
     Special Assistant U.S. Attorney
     (718) 254-6263

Enclosures

cc:    Clerk of the Court (DC) (by ECF) (without enclosures)
       Jullian Harris-Calvin (by e-mail and ECF) (with enclosures)

2