**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BET/SAE
F. #2024R00832

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 27, 2026

<u>By Mail and ECF</u>

Dewitt John, Inmate No. 47424-511
MDC Brooklyn
Attn: Legal Department 80 29th Street
Brooklyn, NY 11232

> Re:   United States v. Dewitt John
>        <u>Criminal Docket No. 24-492 (DC)</u>

Dear Mr. John:

The government provides the attached (i) index of exhibits that it expects to introduce into evidence and (ii) list of witnesses it intends to call at your upcoming trial, which is scheduled to begin on May 4, 2026.  The government has electronically shared, via USAfx, the electronic exhibits referenced in the enclosed exhibit list.

The government reserves its right to supplement its exhibit and witness lists and will provide you with such notice expeditiously.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   _____/s/_____
Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

Enclosures

cc:   Clerk of Court (DC) (via ECF) (without enclosures)
Jullian Harris-Calvin (via e-mail and ECF) (with enclosures)