UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

Dewitt John,

          Defendant

-------------------------------------------------------X

**NOTICE OF APPEARANCE**

24-CR-492 (DC)

      PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, KYLA J. WELLS, of the Federal Defenders of New York, Inc., do hereby represent the defendant, Dewitt John, in the above captioned case.

DATED:      Brooklyn, New York
              April 30, 2026

                                          /s/
                              KYLA J. WELLS
                              Federal Defenders of New York, Inc.
                              One Pierrepont Plaza - 16th Floor
                              Brooklyn, New York 11201
                              (718) 407-7403
                              kyla_wells@fd.org