KTF:BET/SAE
F.#2024R00832

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                    24-CR-492 (DC)

DEWITT JOHN,                         VERDICT SHEET

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### Sexual Exploitation of a Minor – Jane Doe 1 (█████████

How do you find the defendant DEWITT JOHN?

Guilty _____          Not Guilty _____

*If you find the defendant guilty as to Count ONE, please indicate whether A or B (or both) have been proved:*

A.  Do you find that the defendant completed the offense of sexual exploitation of Jane Doe #1?

Yes _____          No _____

B.  Do you find that the defendant attempted to sexually exploit Jane Doe #1?

Yes _____          No _____

## COUNT TWO
## Access with Intent to View Child Pornography

How do you find the defendant DEWITT JOHN?

Guilty _____        Not Guilty _____

_____        _____

**FOREPERSON'S SIGNATURE**                                **DATE**

**Please advise the Court by separate note that you have reached a verdict.**

2