# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

May 21, 2026

By ECF and Email

The Honorable Denny Chin
Visiting Second Circuit Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *United States v. Dewitt John*, 24 Cr. 492 (DC)

Your Honor:

We write to ask the Court to set a post-trial briefing schedule. After consultation with the government, we propose that Federal Rule of Criminal Procedure 33 opening briefing be due in mid-July with responses due mid-August. We ask the Court to set a September schedule for sentencing submissions.

The government consents to this request.

Respectfully Submitted,

Jullian Harris-Calvin
Kyla Wells
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7402

cc:    Counsel of record  (via ECF and email)