UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA, : 24-CR-492(DC)

Plaintiff , :

United States Courthouse

-against- : Brooklyn, New York

DEWITT JOHN, :

May 7, 2026

Defendant. : 9:00 a.m.

\- - - - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DENNY CHIN
UNITED STATES CIRCUIT JUDGE, BY DESIGNATION, and a jury.

APPEARANCES:

For the Government: JOSEPH NOCELLA, JR.
United States Attorney
BY: BROOKE THEODORA
KAITLIN FARRELL
SARAH ELARDO
Assistant United States Attorneys
271 Cadman Plaza East
Brooklyn, NY 11201

For the Defendant: DEWITT JOHN, Pro Se
\- and -
FEDERAL DEFENDERS OF NEW YORK, INC
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
BY: JULLIAN HARRIS-CALVIN, ESQ.
KYLA WELLS, ESQ.

Court Reporter: Andronikh M. Barna
225 Cadman Plaza East
Brooklyn, New York
(718) 613-2178

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

THE COURTROOM DEPUTY: All rise.

Can I have appearances for the Government, please.

MS. THEODORA: Yes. Good morning, Your Honor.

Brooke Theodora for the Government. I'm joined by AUSA Kaitlin Farrell, Special AUSA Sarah Elardo, Special Agent Audra Hampsch and Paralegal Specialist Elizabeth Reed.

THE COURT: Good morning.

THE COURTROOM DEPUTY: For the Defendant.

THE COURT: Just hold on one more moment.

(Defendant enters.)

MS. HARRIS-CALVIN: Good morning, Your Honor.

Jullian Harris-Calvin and Kyla Wells on behalf of Mr. John, who is present. And we're joined at counsel table by Jessica Hernandez, Emily Olickllano, and Justin Knight, also the Federal Defenders of New York.

THE COURT: Good morning. Please be seated.

So for the record, at 9:05 a.m., we received the first note from the jury, which we have marked as Court Exhibit 1. It reads: Would we be able to request the text for 503b-1, 503b-2-S, 503b-1-S?

The lawyers conferred, agreed on the responsive exhibits, and those were sent in to the jury.

At 10:10 a.m., we received another note from the jury, which we have marked as Court Exhibit 2. It says: We, jury, have reached a verdict.

And so at this point we will bring out the jury and take the verdict.

MS. HARRIS-CALVIN: Your Honor?

THE COURT: Yes.

MS. HARRIS-CALVIN: Just briefly.

Would the Court be amenable to, depending on what happens, polling the jurors? Is that your process?

THE COURT: I always poll the jury. Yes.

MS. HARRIS-CALVIN: Okay. Thank you.

THE COURT: I also ask the foreperson to hand up the verdict sheet so I can take a look at it to make sure that it's all in order and then I give it back, will give it back to the foreperson to take the verdict.

MS. HARRIS-CALVIN: And when you poll, is it with respect -- since we have the attempt and the actual completion, will you poll on both?

THE COURT: We will poll on everything on the verdict sheet.

MS. HARRIS-CALVIN: Okay. Thank you.

THE COURTROOM DEPUTY: All rise.

(Jury enters.)

THE COURT: Please be seated.

All right, ladies and gentlemen. Sorry for the delay.

We understand you've reached a verdict. I am going

to ask the foreperson to hand the verdict sheet to Mr. Joe so that I can take a look at it first.

THE COURTROOM DEPUTY: Thank you.

For the record, the jury verdict has been handed up to the Court.

(Pause in proceedings.)

THE COURT: All right. We'll hand the verdict sheet back to the foreperson and we will take the verdict.

THE COURTROOM DEPUTY: Can I have the foreperson please stand.

Sir, in regards to Count One, sexual exploitation of a child, Keisha, how do you find the Defendant?

THE FOREPERSON: Find the Defendant guilty.

THE COURTROOM DEPUTY: I'm sorry, it was Kaliah, I meant.

Thank you.

THE COURT: Let's do A.

THE COURTROOM DEPUTY: A: Do you find the Defendant completed the offense of sexual exploitation of Kaliah?

THE FOREPERSON: We do.

THE COURT: B: Do you find the Defendant attempted the sexual exploitation of Kaliah?

THE FOREPERSON: We do.

THE COURTROOM DEPUTY: Now, in regards to Count Two, accessed the internet to view child pornography, how do you

find the Defendant?

THE FOREPERSON: Guilty.

THE COURTROOM DEPUTY: Thank you.

THE COURT: All right. And I could see that the foreperson -- let's retrieve the verdict sheet.

I could see that the foreperson signed it and dated it.

THE COURTROOM DEPUTY: Thank you.

Permission to poll the jurors?

THE COURT: Yes.

THE COURTROOM DEPUTY: Juror Number 1, is this your verdict in regards to Count One?

JUROR NUMBER 1: Yes.

THE COURTROOM DEPUTY: And in regards to Count Two?

JUROR NUMBER 1: Yes.

THE COURT: And let's poll also on A and B.

THE COURTROOM DEPUTY: I'm sorry.

JUROR NUMBER 1: Yes.

THE COURTROOM DEPUTY: And in regards to A?

JUROR NUMBER 1: Yes.

THE COURTROOM DEPUTY: In regards to B?

JUROR NUMBER 1: Yes.

THE COURTROOM DEPUTY: Juror Number 2, is this your verdict in regards to Count One, A -- I'm sorry, in regards to Count One?

JUROR NUMBER 2: Yes.

THE COURTROOM DEPUTY: In regards to A?

JUROR NUMBER 2: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 2: Yes.

THE COURTROOM DEPUTY: And in regards to Count Two, is this your verdict?

JUROR NUMBER 2: Yes.

THE COURTROOM DEPUTY: Juror Number 3, in regards to Count One, is this your verdict?

JUROR NUMBER 3: Yes.

THE COURTROOM DEPUTY: And in regards to A?

JUROR NUMBER 3: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 3: Yes.

THE COURTROOM DEPUTY: And Count Two?

JUROR NUMBER 3: Yes.

THE COURTROOM DEPUTY: Juror Number 4, is this your verdict in regards to Count One?

JUROR NUMBER 4: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 4: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 4: Yes.

THE COURTROOM DEPUTY: And then also Count Two?

JUROR NUMBER 4: Yes.

THE COURTROOM DEPUTY: Juror Number 5, is this your verdict in regards to Count One?

JUROR NUMBER 5: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 5: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 5: Yes.

THE COURTROOM DEPUTY: And then Count Two?

JUROR NUMBER 5: Yes.

THE COURTROOM DEPUTY: Thank you.

Juror Number 6, is this your verdict in regards to Count One?

JUROR NUMBER 6: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 6: Yes.

THE COURTROOM DEPUTY: B?

JUROR NUMBER 6: Yes.

THE COURTROOM DEPUTY: And Two?

JUROR NUMBER 6: Yes.

THE COURTROOM DEPUTY: Thank you.

Juror Number 7, is this your verdict in regards to Count One?

JUROR NUMBER 7: Yes.

THE COURTROOM DEPUTY: And A?

JUROR NUMBER 7: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 7: Yes.

THE COURTROOM DEPUTY: And in Count Two?

JUROR NUMBER 7: Yes.

THE COURTROOM DEPUTY: Thank you.

Juror Number 8, is this your verdict in regards to Count One?

JUROR NUMBER 8: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 8: Yes.

THE COURTROOM DEPUTY: B?

JUROR NUMBER 8: Yes.

THE COURTROOM DEPUTY: And Count Two?

JUROR NUMBER 8: Yes.

THE COURTROOM DEPUTY: Thank you.

Juror Number 9, is this your verdict in regards to Count One?

JUROR NUMBER 9: Yes.

THE COURTROOM DEPUTY: In regards to Count A -- I mean Charge A?

JUROR NUMBER 9: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 9: Yes.

THE COURTROOM DEPUTY: And then Count Two?

JUROR NUMBER 9: Yes.

THE COURTROOM DEPUTY: Juror Number 10, is this your verdict in regards to Count One?

JUROR NUMBER 10: Yes.

THE COURTROOM DEPUTY: And A?

JUROR NUMBER 10: Yes.

THE COURTROOM DEPUTY: B?

JUROR NUMBER 10: Yes.

THE COURTROOM DEPUTY: And Count Two?

JUROR NUMBER 10: Yes.

THE COURTROOM DEPUTY: Juror Number 11, is this your count -- is this your verdict in regards to Count One?

JUROR NUMBER 11: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 11: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 11: Yes.

THE COURTROOM DEPUTY: And Count Two?

JUROR NUMBER 11: Yes.

THE COURTROOM DEPUTY: And finally, Juror Number 12, is this your verdict in regards to Count One?

JUROR NUMBER 12: Yes.

THE COURTROOM DEPUTY: A?

JUROR NUMBER 12: Yes.

THE COURTROOM DEPUTY: And B?

JUROR NUMBER 12: Yes.

THE COURTROOM DEPUTY: And then in Count Two?

JUROR NUMBER 12: Yes.

Thank you.

Judge, the jurors have all been polled.

THE COURT: Okay. Thank you.

Ladies and gentlemen, thank you very much on behalf of the parties, the lawyers, my staff.

If you will wait for me in the jury room, I would like to come back and thank you personally and answer any questions that you might have. So, thank you again. If you wait in there, I will be in in a couple of minutes.

THE COURTROOM DEPUTY: Thank you.

All rise.

(Jury exits.)

THE COURT: Please be seated.

Does anyone wish to be heard at this time?

MS. WELLS: No, Your Honor.

THE COURT: All right. Let's set a sentencing date. Let's do sentencing in mid-September.

Does Wednesday, September 9th work?

MS. THEODORA: Yes, Your Honor. Any time.

MS. HARRIS-CALVIN: Your Honor, we have a conflict that week. We're just trying to figure out another week that might work in September.

THE COURT: I can --

MS. HARRIS-CALVIN: How about the 21st? Oh, that's Yom Kippur. I'm not sure if that -- but we're available that week.

THE COURT: I can do September 22nd, Tuesday.

MS. HARRIS-CALVIN: That works for the Defense.

MS. THEODORA: That works for the Government.

THE COURT: 11:00 a.m.

MS. THEODORA: Yes, Your Honor.

MS. HARRIS-CALVIN: Thank you.

THE COURT: Sentencing is scheduled for Tuesday, September 22nd at 11:00 a.m.

If there is nothing else, I am going to go back with my law clerks to speak the jury. When I'm done, if -- the Government will not, but if Defense Counsel wants to talk to them, you are welcome to. I will tell them that they can talk to you if they wish.

Thanks to both sides.

Mr. John, we will see you at sentencing.

We are adjourned.

MS. THEODORA: Thank you, Judge.

MS. WELLS: Thank you, Your Honor.

THE COURTROOM DEPUTY: Thank you. All rise.

(Matter concluded.)