# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

July 13, 2026

<u>VIA ECF</u>

The Honorable Denny Chin
Visiting Second Circuit Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Dewitt John*, 24 Cr. 492 (DC)

Your Honor:

I write to request an adjournment of Mr. John's September 22, 2026, sentencing hearing. Defense counsel's jury duty obligation conflicted with Mr. John's presentence investigation interview. Probation and counsel rescheduled the interview for August 6, the next mutually agreeable date. The one-month interview delay will affect Probation's ability to complete its Presentence Report sufficiently in advance of the current sentencing date. We, therefore, request an adjournment to the week of November 16 or early December.

The government consents to this request.

*Application GRANTED. Adjourned to Tues., Nov. 17, 2026, at 10 a.m. So ORDERED. USCJ 6-14-2026*

Respectfully Submitted,

Jullian Harris-Calvin
Assistant Federal Defender
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7402

cc:   AUSAs Brooke Theodora & Sarah Elardo (via ECF & email)
      Probation Officer Maxine Marquez (via email)