Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

October 13, 2026

VIA ECF

The Honorable Denny Chin
Visiting Second Circuit Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Dewitt John*, 24 Cr. 492 (DC)

Your Honor:

I write to request an adjournment of Mr. John's November 17, 2026, sentencing hearing. A sentencing date in the New Year is preferrable for three reasons. First, I anticipate that my November 2 trial before District Judge Hector Gonzalez will last into the week of Mr. John's sentencing and, therefore, I will be unavailable on the current date. Second, this afternoon, the Probation Department released Mr. John's Presentence Report to the parties, and I expect to file objections in advance of sentencing, which will require additional time to prepare. Finally, an adjournment into the end-of-year holiday season would make it difficult for Mr. John's family, most of whom live in St. Vincent, to travel to Brooklyn to attend the hearing. I, therefore, ask the Court to set an adjourned hearing on a date in January 2027.

The government consents to this request.

Respectfully Submitted,



Jullian Harris-Calvin
Kyla Wells
Assistant Federal Defenders
Federal Defenders of New York, Inc.
(718) 407-7402

cc: AUSAs Brooke Theodora & Sarah Elardo (via ECF & email)
Probation Officer Maxine Marquez (via email)